```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ABIB C. RIVERA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-418 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING CASE. |
| v. | ) |
| ABIB C. RIVERA, | ) Date: February 5, 2013 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Chris Chang, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's February 5, 2013, calendar, and that it be continued until March 12, 2013, at 9:15 a.m. for status conference.

Government Counsel has provided discovery.  The time requested is intended to permit full review and explanation of the discovery and options facing Mr. Rivera.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.  Therefore the parties agree that time for trial should be excluded between February 5, 2013 and March 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: February 4, 2013          /s/ *Chris Chang*
                                 Chris Chang
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Dated: February 4, 2013          /s/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 ABIB C. RIVERA

### O R D E R

The above stipulation is hereby accepted.  The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  This matter is ordered to be dropped from this court's criminal calendar on February 5, 2013, and to be re-calendared for March 12, 2013, at 9:15 a.m.

**IT IS SO ORDERED.**

                    By the Court,

Dated: February 4, 2013

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

Stipulation & Order
Continuing Case                          2