JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ABIB C. RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABIB C. RIVERA,<br><br>　　　　　Defendant. | No. 2:12-cr-418 LKK<br><br>STIPULATION AND ORDER CONTINUING CASE.<br><br>Date:　March 12, 2013<br>Time:　9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Chris Chang, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's March 12, 2013, calendar, and that it be continued until March 19, 2013, at 9:15 a.m. for status conference.

　　Government Counsel has provided discovery and a plea offer. The time requested is intended to permit further discussion between counsel regarding terms in light of a counter proposal submitted by defense counsel.

　　**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial. Therefore the parties agree that time for trial should be excluded between March 12, 2013 and March 19, 2013,

pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: March 8, 2013          /s/ *Chris Chang*
                              Chris Chang
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated: March 8, 2013          /s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              ABIB C. RIVERA


**O R D E R**

The above stipulation is hereby accepted.  The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  This matter is ordered to be dropped from this court's criminal calendar on March 12, 2013, and to be re-calendared for March 19, 2013, at 9:15 a.m.

**IT IS SO ORDERED.**

                    By the Court,


Dated:  March 11, 2013

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

Stipulation & Order
Continuing Case                       2