UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 10, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABIB C. RIVERA,

Defendant.

Case No. 2:12-CR-00418-LKK-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ABIB C. RIVERA__,

Case No. __2:12-CR-00418-LKK-1__ Charge __18 USC § 3606__, from custody for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

__X__ (Other): All previous conditions of supervised release remain in full force and in effect

Issued at Sacramento, California on March 10, 2014 at __3:00__ pm.

By: _____

Magistrate Judge Dale A. Drozd